UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BYRON JOHNSON,

                         Plaintiff,

     vs                                                6:03-CV-1471

SOCIAL SECURITY COMMISSIONER,

                         Defendant.

- - - - -- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                    OF COUNSEL:

BYRON JOHNSON
Plaintiff, Pro Se
7 Russell Street
Kingston, NY 12401

HON. GLENN T. SUDDABY                WILLIAM H. PEASE, ESQ.
United States Attorney                     Assistant U.S. Attorney
  Northern District of New York
Attorney for Defendant
P. O. Box 7198
100 South Clinton Street
Syracuse, New York 13261-5165

DAVID N. HURD
United States District Judge

## DECISION and ORDER

       Plaintiff, Byron Johnson, brought this action seeking judicial review pursuant to

42 U.S.C. § 405(g) of the Social Security Act. By Report and Recommendation dated

April 24, 2006, the Honorable David E. Peebles, United States Magistrate Judge,

recommended that the defendant's motion to dismiss plaintiff's complaint be granted and that

plaintiff's complaint be dismissed in it entirety. The plaintiff has filed timely objections to the

Report-Recommendation.

Based upon a de novo determination of the portions of the report and recommendations to which the plaintiff has objected, the Report-Recommendation is accepted and adopted in whole.  <u>See</u> 28 U.S.C. 636(b)(1).  Accordingly, it is

ORDERED that

1. The defendant's motion to dismiss plaintiff's complaint is GRANTED; and

2. The complaint is DISMISSED in its entirety.

The Clerk is directed to enter judgment accordingly.

IT IS SO ORDERED.

_____
United States District Judge

Dated: May   31, 2006
        Utica, New York.